IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TANYA M. FORMAN | : | CIVIL ACTION |
| vs. | : | |
| MICHAEL J. ASTRUE<br>Commissioner of Social Security | : | NO. 10-1824 |

FILED
APR 18 2011
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

**AND NOW**, this 11TH day of April, 2011, upon consideration of Plaintiff's Motion for Summary Judgment or, in the Alternative, Plaintiff's Motion for Remand, Defendant's response thereto, the record herein, and after review of the Report and Recommendation of the Honorable M. Faith Angell, United States Magistrate Judge, and Plaintiff's Objections thereto, it is hereby **ORDERED** that:

1. Plaintiff's objections to the Report and Recommendation are **DENIED**.

2. The Report and Recommendation is **APPROVED** and **ADOPTED**.

3. The Plaintiff's Motion for Summary Judgment /Request for Review or in the Alternative, Plaintiff's Motion for Remand (Docket Entry No. 10) is **DENIED**.

4. **Judgment is entered in favor of Defendant Michael J. Astrue, Commissioner of the Social Security Administration and against Plaintiff Tanya M. Forman.**

5. The Clerk of Court is directed to mark this case **CLOSED** for statistical purposes.

BY THE COURT:

_/s/ Robert F. Kelly_
ROBERT F. KELLY,   SR. J.